UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| STANLEY EUGENE PERMENTER,           )<br>                                                                )<br>              Petitioner                            )<br>                                                                )<br>v.                                                               )<br>                                                                )     CASE NO. CV04-P-2709-J<br>WARDEN PRICE and THE                    )<br>ATTORNEY GENERAL OF                     )<br>THE STATE OF ALABAMA,                   )<br>                                                                )<br>              Respondents                         ) | |

### DISMISSAL ORDER

On November 24, 2004, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On December 6, 2004, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED WITHOUT PREJUDICE to allow petitioner to exhaust state remedies with respect to the pending Rule 32 petition.

DONE this the 17th day of December, 2004.

 _____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE